FILED
IN COURT
CHARLOTTE, N. C.

AUG 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | Docket Number 3:05CR-MU |
| ARTURO LOPEZ-JUAREZ | § § | |

THE COURT, after considering George A. Young's Motion to Appear Pro Hac Vice, on behalf of Arturo Lopez-Juarez orders as follows:

ORDERED: that the Motion of George A. Young to appear Pro Hac Vice, on behalf of Arturo Lopez-Juarez, ~~as co-counsel with Richard Falls~~ *with local counsel to be appointed*, is GRANTED.

Signed _August 1, 2005_

_Carl Horn, III_
Judge Presiding